IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | Chapter 7 | |
| ) | | |
| JOSEPH R. DIMARIA, ) | 19 B 33823 | |
| ) | | |
| Debtor. ) | Hon. Janet S. Baer | |

### CATHY HOPKINSON'S LIMITED OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE THE SALE OF PROPERTY

Now comes Cathy Hopkinson ("Hopkinson"), by and through her attorneys Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien and Rachel S. Sandler, and in support of her Limited Objection to Chapter 7 Trustee's Motion to Approve the Sale of Property states as follows:

1. On April 29, 2020, Frank J. Kokoszka, the Chapter 7 Trustee, filed a Motion to Approve the Sale of Property and to Shorten Notice (the "Motion to Sell"). The Trustee is seeking to sell the estate's fifty percent (50%) ownership interest in Reef LLC (the "Membership Interest").

2. Hopkinson files this limited objection not to oppose the sale, but to set a procedure to provide third parties with sufficient financial information regarding the Membership Interest to make an informed decision on whether to make a competing offer to the Trustee for the purchase of the Membership Interests.

3. Ivan Diaz ("Diaz"), purportedly a fifty percent (50%) member of Reef LLC[1] (hereinafter "Reef"), has made an offer to purchase the Membership Interest for Five Thousand Dollars ($5,000.00). Diaz is in sole control, custody and possession of the true and accurate limited liability company operating agreements, books, records and all other financial documentation related to Reef past operations and including all series limited liability companies owned by and related to Reef.

---

[1] Diaz and his prior attorneys have made various representations about Diaz' percentage membership interest in Reef and have previously produced more than one Operating Agreement in support of those representations

4. Hopkinson is a Judgment Creditor of Reef holding a judgment in the amount of One Hundred and Sixty Five Thousand Dollars and No Cents ($165,000.00) entered on January 15, 2020 by the Circuit Court of Cook County in the case more commonly known as *Cathy Hopkinson v. Reef LLC*, Case No. 19 L 4558.

5. Hopkinson is interested in bidding on the Membership Interest and seeks to have the Trustee set the Membership Interest for Auction with a due diligence period in which all competing bidders would be provided with the financial information related to the Membership Interest being sold so that competing bidders are on an equal footing with Diaz.

WHEREFORE, Cathy Hopkinson, prays for entry of an Order as follows: *i)* Establishing Bidding Procedures and an Auction Date for the sale of the Membership Interest, *ii)* Requiring production of a due diligence package including, but not limited to operating agreements, books, records and all other financial documentation related to Reef's past operations and including the series limited liability companies owned by and related to Reef, and *iii)* For such other further relief as this Court deems just.

/s/ Gregory K. Stern
Gregory K. Stern, Esq.,
Attorney for Cathy Hopkinson

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558